**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PRAMEELA INAGANTI and :
RAO INAGANTI, h/w, :
: CIVIL ACTION
Plaintiffs, :
:
v. :
:
COLUMBIA PROPERTIES :
HARRISBURG LLC D/B/A :
HARRISBURG COURTYARD : NO. 10-1651
BY MARRIOTT AND COLUMBIA :
SUSSEX CORPORATION A/K/A :
HARRISBURG COURTYARD :
BY MARRIOTT, :
:
Defendants. :

## ORDER

**AND NOW**, this 25ᵗʰ day of *May*, 2010, upon consideration of the Motion for Remand by

Plaintiffs Prameela Inaganti and Rao Inaganti (titled Response to Notice of Removal) (Docket

No. 6) and the Response of Defendants Columbia Properties Harrisburg L.L.C. d/b/a Harrisburg

Courtyard by Marriott and Columbia Sussex Corporation a/k/a Harrisburg Courtyard by Marriott

(Docket No. 9), it is hereby **ORDERED** that the Motion is **DENIED**.


BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCWALTER, S.J.