# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRAMEELA INAGANTI and RAO INAGANTI, h/w, | : : : |
| Plaintiffs, | CIVIL ACTION : : |
| v. | : : |
| COLUMBIA PROPERTIES HARRISBURG LLC D/B/A HARRISBURG COURTYARD BY MARRIOTT AND COLUMBIA SUSSEX CORPORATION A/K/A HARRISBURG COURTYARD BY MARRIOTT, | : : : NO. 10-1651 : : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this *14th* day of *June*, 2010, upon consideration of the Motion by Defendants Columbia Properties Harrisburg, LLC and Columbia Sussex Corporation to Transfer Venue to the United States District Court for the Middle District of Pennsylvania (Docket No. 5) and the Response of Plaintiffs Prameela and Rao Inaganti (Docket No. 15), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.