IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRAMEELA INAGANTI and RAO INAGANTI, h/w, | : : : CIVIL ACTION |
| Plaintiffs, | : : |
| v. | : : |
| COLUMBIA PROPERTIES HARRISBURG LLC D/B/A HARRISBURG COURTYARD BY MARRIOTT AND COLUMBIA SUSSEX CORPORATION A/K/A HARRISBURG COURTYARD BY MARRIOTT, | : : : : NO. 10-1651 : : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this 26th day of *July*, 2011, upon consideration of the Motion for Summary Judgment by Defendants Columbia Properties Harrisburg LLC d/b/a Harrisburg Courtyard By Marriott and Columbia Sussex Corporation a/k/a Harrisburg Courtyard By Marriott (Docket No. 24), the Response of Plaintiffs Prameela and Rao Inaganti (Docket No. 25), and Defendants' Reply Brief (Docket No. 27), it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiffs on all Counts of the Complaint.  This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.